UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP 24   PM 3: 45

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 2:15-cR-142 |
| | ) |
| MICHAEL DEPALMA, a/k/a "Doc," | ) |
| LOUIS TURCIO, and ANDREW DARLING, | ) |
| | ) |
| Defendants. | ) |

INDICTMENT

The Grand Jury charges:

Count One

Between in or about November 2014 and in or about April 2015, in the District of

Vermont and elsewhere, the defendants, MICHAEL DEPALMA, a/k/a "Doc," LOUIS TURCIO,

and ANDREW DARLING, knowingly and willfully conspired with others known and unknown to

the Grand Jury to distribute alpha-pyrrolidinopentiophenone, or a-PVP, a Schedule I controlled

substance.

(21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C))

<u>Count Two</u>

On or about April 14, 2015, in the District of Vermont, the defendant, LOUIS TURCIO, knowingly and intentionally possessed with intent to distribute alpha-pyrrolidinopentiophenone, or a-PVP, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

<u>Count Three</u>

In or about February and March 2015, in the District of Vermont, the defendant, LOUIS

TURCIO, having been previously convicted of a crime punishable by a term of imprisonment

exceeding one year, specifically:

Failure to Appear, Superior Court of Connecticut, on or about June 30, 1998

knowingly possessed in and affecting commerce firearms, specifically:

Luger High Point C9 9 mm pistol bearing serial number P1376169.

(18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(a)(2))


A TRUE BILL

_____
FOREPERSON


*Eric S. Miller by* (KJD)
ERIC S. MILLER
United States Attorney
Burlington, Vermont
September 24, 2015